UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOHN LIZARDO, | ) ED CV 10-0402-SH |
| | ) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision

of the Commissioner is reversed  and remanded pursuant  to Sentence 4  of

42 U.S.C.§ 405(g).

DATED: October 18, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE