LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile:  (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOHN LIZARDO, | No.  EDCV 10-402 SH |
| Plaintiff, | |
| v. | ORDER AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) subject to the terms of the stipulation.

DATE: December 20, 2010

_____
HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-